# Tom Green County
## District Clerk
### *Sheri Woodfin*

**FILED**
December 10, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk



**112 W Beauregard**                                    325-659-6579
**San Angelo TX 76903**                             Fax - 325-659-3241

December 10, 2015

Re: Order from the Third Court of Appeals in regards to Request for Appellate Record

Style: Amador Fernandez. V. The State of Texas

    Trial Court Case Number: B-14-0676-SA
    Court of Appeals Number: 03-15-00467-CR

Method of Delivery: Postal Mail
Date Sent: December 7, 2015

To Whom It May Concern,

    In response to the order filed on December 7, 2015 in our office we have sent a copy of the appellate record and reporter's record as directed to the defendant in the above cause. On December 10, 2015 we received the clerk's record and reporter's record back as undeliverable due to a faulty address. We have insured that the address on the envelope matches the address on the appellate bond. Please see attached copy of returned mail.

Sincerely,

**/S/ Paige Mershon**
Paige Mershon
Deputy District Clerk

CC: Third Court of Appeals at Austin, Texas
    P.O. Box 12547
    Austin, Texas 78777
    (Sent via Email)

Sheri Woodfin, District Clerk
TOM GREEN COUNTY COURTHOUSE
SAN ANGELO, TEXAS 76903

Hasler

US POSTAGE
$05.950
12 07/2015
Mailed From 76903

Mr. Amador Fernandez
1302 Bryant Bryant
San Angelo, TX 76903

NO SUCH
NUMBER